UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSSELL FRITZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　　　　Defendant. | CASE NO. C14-5658-RSL<br><br>ORDER AFFIRMING COMMISSIONER |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler.  It is therefore ORDERED:

　　(1)　The Court adopts the Report and Recommendation;

　　(2)　The Court AFFIRMS the decision of the Commissioner; and

　　(3)　The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 5th day of June, 2015.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER AFFIRMING COMMISSIONER
PAGE - 1