UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSSELL FRITZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | NO. C14-5658RSL<br><br>ORDER OF REFERENCE |

On or about May 22, 2017, the Ninth Circuit issued its mandate Reversing and Remanding the above-captioned matter for further proceedings.

IT IS ORDERED that this matter is referred to United States Magistrate Judge Mary Alice Theiler, pursuant to 28 U.S.C. §636(b)(1), Local Rules MJR 3, and 4, and Fed. R. Civ. P. 72.

DATED this 23rd day of May, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE