# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RUSSELL FRITZ, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | NO. C14-5658RSL <br><br> ORDER VACATING ORDER OF REFERENCE |

The Court's Order of Reference, Dkt. # 27, in the above captioned case, is hereby VACATED.

DATED this 23rd day of May, 2017.

*MW S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER OF REFERENCE