# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RUSSELL FRITZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. C14-5658RSL<br><br>ORDER REMANDING MATTER TO COMMISSIONER OF SOCIAL SECURITY |

This matter comes before the Court on remand from the Ninth Circuit Court of Appeals. Dkt. ## 25, 26. In June 2015, this Court affirmed the Administrative Law Judge's ("ALJ") decision denying plaintiff's application for Disability Insurance Benefits under Title II of the Social Security Act and Supplemental Security Insurance under Title XVI. Dkt. ## 21, 22. On appeal, the Ninth Circuit concluded that the ALJ's decision relied on credibility determinations that were not supported by substantial evidence and reversed and remanded to this Court, with instructions to remand for further administrative proceedings. Dkt. # 25.

Accordingly, the Court hereby REMANDS this case this case to the Social Security Administration for further proceedings not inconsistent with the Ninth Circuit's memorandum.

ORDER REMANDING MATTER TO
COMMISSIONER OF SOCIAL SECURITY - 1

1       DATED this 23rd day of May, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER REMANDING MATTER TO
COMMISSIONER OF SOCIAL SECURITY - 2